**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2022

**BY ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Elizabeth Ramos*
      22 Mag. 1537 (UA)

Dear Judge Netburn:

    With the consent of Pretrial Services and without objection from the government (who takes no position), I write on behalf of my client, Elizabeth Ramos, to respectfully request that the Court modify Ms. Ramos's bail conditions by reducing the number of financially responsible co-signers required on her Personal Recognizance Bond from two to one.

    On February 17, 2022, Judge Gorenstein released Ms. Ramos on her own signature and under the following bail conditions, *inter alia*: a $50,000 personal recognizance bond to be co-signed by two financially responsible persons; travel limited to SDNY/EDNY; surrender of all travel documents and no new applications; and home detention enforced by location monitoring technology.

    Ms. Ramos was released on February 17, 2022 and required to return to Pretrial Services by February 25, 2022 to self-install the monitoring equipment, which she did. Additionally, since Ms. Ramos's release, Ms. Ramos's mother, who serves both as moral suasion and as a financially responsible person, has co-signed the personal recognizance bond. Ms. Ramos also has been fully compliant will all other bail conditions.

The Honorable Sarah Netburn                                                                               Page 2
March 9, 2022

      Re: *United States v. Ramos,* 22 Mag. 1537 (UA)

      Against this backdrop, the requested bail modification results in conditions that are the "least restrictive necessary" to secure Ms. Ramos's return to Court and the safety of the public, and we ask that our request to reduce the number of co-signers be granted.

      Thank you for your consideration of this matter.

                                                                     Respectfully submitted,

                                                                     <u>/s/ Julia Gatto</u>
                                                                     Julia Gatto, Esq.
                                                                     Assistant Federal Defender
                                                                     Tel.: (212) 417-8750

---

The request for bail modification is GRANTED.
**SO ORDERED.**

                                                                                                  _____
March 10, 2022                                                       SARAH NETBURN
New York, New York                                    United States Magistrate Judge